UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YAAKOV YARMARK, Individually ) 
and On Behalf of All Others Similarly ) No: 22 CV 02398
Situated, ) (WFK)(RML)
 )
                 Plaintiff, )
 )
v. ) NOTICE OF VOLUNTARY
 ) DISMISSAL WITH
RTG CUSTOM SUPPLY, LLC ) PREJUDICE
dba TRANSITIONS2EARTH )
 )
                 Defendant.

---

Plaintiff **Yaakov Yarmark**, by counsel and pursuant to Civ.R. 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, each party to bear its own costs.

SO ORDERED:
s/ WFK
HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
Dated: August 12, 2022
Brooklyn, New York

/s/Mark Schlachet
43 West 43rd Street
Suite 220 New York,
New York 10036-7424
(216) 225-7559
Email: markschlachet@me.com

9511 Collins Ave.-Ste. 605
Surfside, FL 33154

*Attorney for Plaintiff*

1